UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SOME INC.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**BEI STRUCTURAL ENGINEERS, INC.,**<br><br>*Defendant*. | Case No. 19-cv-3627 (CRC) |

## SCHEDULING ORDER

Upon consideration of the Parties' [11] Joint Rule 16.3 Meet and Confer Statement, it is hereby ORDERED that:

1. Discovery in this case shall proceed according to the following schedule:

    | | |
    |---|---|
    | Motions to Add Parties or Amend Pleadings | October 5, 2020 |
    | Plaintiff's Rule 26(a)(2) Statements | December 4, 2020 |
    | Defendant's Rule 26(a)(2) Statements | January 18, 2021 |
    | Fact Discovery Deadline | May 31, 2021 |
    | Post-Discovery Status Conference | June 7, 2021 at 10:00 AM |

2. The parties are to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) unless they consent in writing to defer production of certain subcategories of documents identified in the rule.

3. Fact discovery shall be completed by May 31, 2021. "Completed" means that (a) interrogatories, requests for production of documents, and requests for admission must be served such that responses will be due on or before the cutoff date specified above; (b) all discovery depositions be completed by the cutoff date; and (c) all subpoenas *duces tecum* must be returnable on or before the cutoff date specified above.

4. Absent agreement of the parties or Order of the Court, the parties shall be limited to no more than ten (10) non-party depositions, no more than fifteen (15) interrogatories, and no more than twenty-five (25) requests for admission per side.

5. No discovery motions may be filed without leave of the Court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3480 to arrange for a telephone conference with the Court. The Court will either rule on the issue at the conclusion of the telephone conference or determine the manner in which it will be handled. At least twenty-four (24) hours before the telephone conference, the parties may be required to file with the Court a brief Joint Notice of Discovery Dispute summarizing the parties' respective positions.

6. Parties may not extend deadlines by stipulation. Parties must seek extensions by motion.

7. The Court will hold a post-discovery status conference, at which it will set a schedule for summary judgment briefing, if necessary. The parties are directed to Local Civil Rule 7(h) regarding the requirements for motions for summary judgment and oppositions. Parties shall provide bound, tabbed courtesy copies of any document constituting, supporting, or opposing a dispositive motion if said document, together with its exhibits, attachments, declarations, and affidavits, is over one hundred (100) pages.

**SO ORDERED.**

Date: <u>August 6, 2020</u>　　　　　　　　　　　　　　　　　　CHRISTOPHER R. COOPER
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge